# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| GURPARTAP SINGH TOOR, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV613-047 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## REPORT AND RECOMMENDATION

Gurpartap Singh Toor has filed a 28 U.S.C. § 2255 motion, even though he cites no federal, but only a state court conviction. Doc. 1. Meanwhile, he filed a 28 U.S.C. § 2241 petition in *Toor v. Moralas*, No. CV613-051, where the Court this day is recommending dismissal because he has disregarded its $5 filing-fee deficiency notice. The level of sophistication shown in Toor's filings reveals no accident here. Toor simply does not want to pay the $5 filing fee (there is no fee for a § 2255 motion, but he must pay $5 for § 2241 or § 28 U.S.C. § 2254 petitions). Accordingly, Toor's § 2255 motion should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 29th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA