**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

GURPARTAP SINGH TOOR,    )
       )
    Movant,    )
       )
v.    )
       )    **6:13-cv-47**
UNITED STATES OF AMERICA,    )
       )
    Respondent.    )
       )
       )

## ORDER

Before the Court are the Magistrate Judge's Report and Recommendation ("R&R"), ECF No. 2, and Gurpartap Toor's Motion for Extension of Time. ECF No. 4. The Magistrate's R&R recommends dismissal of this case because Toor seeks relief from a state conviction through a 28 U.S.C. § 2255 petition, which can only be used to challenge federal convictions and sentences. Nothing Toor could need additional time for can change the simple fact that he has filed the wrong kind of habeas petition. Accordingly, the Court *ADOPTS* the R&R and *DENIES* Toor's motion for extension of time. The Clerk is *ORDERED* to enter judgment dismissing this case.

The /3 day of June, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA